

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-21-00197-CV

Graciela **GARCIA** and Jesus Garcia,
Appellants

v.

Roberto **SALINAS**, Jose Lozano, and State Farm Mutual Automobile Insurance Company,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-716-A
Honorable Baldemar Garza, Judge Presiding

## O R D E R

After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **on or before August 31, 2021**. **Appellants are advised that further extensions of time will be disfavored**.

_Rebeca C. Martinez_
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court